IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CINDY THAO,**<br><br>Petitioner,<br><br>v.<br><br>**DEBORAH K. JOHNSON,**<br><br>Respondent. | Case No. 2:16-cv-00380-GGH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition be filed on or before November 5, 2016.

Dated: October 10, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE